IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| AUBREY BERRY ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:13-cv-0084 |
| v. ) | Chief Judge Haynes |
| ) | |
| FEDERAL-MOGUL CORPORATION, et al ) | |
| ) | |
| Defendants. ) | |

## ORDER

The initial case management conference in this matter is reset for **January 10, 2014 at 2:00 p.m. in the United States Courthouse in Nashville, Tennessee.**

It is so **ORDERED.**

**ENTERED** this the 11 day of December, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court