## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NORTHEASTERN DIVISION

AUBREY BERRY                       )

       Plaintiff,           )

                              )    No. 2:13-cv-0084

v.                          )    Chief Judge Haynes

                              )

FEDERAL-MOGUL CORPORATION, et al  )

                              )

       Defendants.       )

## O R D E R

The initial case management conference in this matter is reset for **January 10, 2014 at 2:00**

**p.m. in the United States Courthouse in Nashville, Tennessee.**

It is so **ORDERED**.

**ENTERED** this the _11_ day of December, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court